IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Huff, Clifford | Case Number: 08 B 01337 |
| | Judge: Hollis, Pamela S |
| Printed: 01/13/09 | Filed: 1/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 1, 2008
Confirmed: April 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,600.00 |  |
| Secured: |  | 1,499.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 100.44 |
| Other Funds: |  | 0.00 |
| Totals: | 1,600.00 | 1,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 2,994.00 | 0.00 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,500.00 | 139.01 |
| 5. | GMAC Auto Financing | Secured | 3,134.21 | 1,360.55 |
| 6. | Midfirst Bank | Secured | 6,571.64 | 0.00 |
| 7. | Capital One | Unsecured | 4,615.10 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 3,570.72 | 0.00 |
| 9. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 1,571.08 | 0.00 |
| 10. | GMAC Auto Financing | Unsecured | 401.64 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 2,656.47 | 0.00 |
| 12. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | Cavalierr Telephone | Unsecured | | No Claim Filed |
| 14. | Sanwalani & Associates | Unsecured | | No Claim Filed |
| 15. | Gottumukkala MD | Unsecured | | No Claim Filed |
| 16. | Ingalls Midwest Emergency | Unsecured | | No Claim Filed |
| 17. | Midwest Emergency | Unsecured | | No Claim Filed |
| 18. | Associated Laboratory Physicians | Unsecured | | No Claim Filed |
| 19. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 20. | RAO Uppuluri MDSC | Unsecured | | No Claim Filed |
| 21. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| | | | $ 27,014.86 | $ 1,499.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Huff, Clifford | Case Number: 08 B 01337 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/13/09 | Filed: 1/22/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 19.71 |
| 6.5% | 50.04 |
| 6.6% | 30.69 |
| | $ 100.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

